| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Stamp (Jr.), Frederick P. | 2. Court or Organization<br><br>USDC/Northern West Virginia | 3. Date of Report<br><br>05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge ~~(Active)~~ *(senior)* | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>P.O. Box 791<br>Wheeling, WV 26003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee-Emeritus | The Linsly School, Incorporated |
| 2. Trustee-Emeritus | University of Richmond |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Stamp Jr., Frederick P.

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | WesBanco Bank Wheeling Board of Directors Fees |
| 2. 2009 | Self-Employed Jewelry Manufacturing |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Alcoa | A | Dividend | L | T | Buy | 10/29/09 | L | | |
| 2. Automatic Data Processing | D | Dividend | N | T | Sold (part) | 4/29/09 | K | E | |
| 3. JP Morgan Chase & Co | C | Dividend | O | T | Sold (part) | 4/29/09 | K | E | |
| 4. | | | | | Sold (part) | 9/11/09 | K | E | |
| 5. Bristol Myers Squibb Co. | E | Dividend | O | T | Sold (part) | 4/29/09 | K | E | |
| 6. | | | | | Sold (part) | 9/11/09 | K | E | |
| 7. Burlington Northern Santa Fe | A | Dividend | K | T | | | | | |
| 8. Coca-Cola Co | E | Dividend | O | T | Distributed (part) | 12/22/09 | L | | |
| 9. Conocophillips | D | Dividend | M | T | Buy | 10/29/09 | L | | |
| 10. | | | | | Buy (add'l) | 12/18/09 | L | | |
| 11. Dow Chemical Co | B | Dividend | L | T | | | | | |
| 12. EMC Corp Mass | | None | M | T | Buy | 10/29/09 | L | | |
| 13. | | | | | Buy (add'l) | 12/18/09 | L | | |
| 14. Exxon Mobil Corp Com | D | Dividend | N | T | | | | | |
| 15. General Electric | D | Dividend | N | T | Sold (part) | 4/29/09 | J | D | |
| 16. Google Inc | | None | M | T | | | | | |
| 17. Hazlett, Burt & Watson, Inc. | | None | N | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Intel Corp | C | Dividend | M | T | Buy (add'l) | 4/29/09 | L | | |
| 19. Kansas City Southern | | None | | | Sold | 4/29/09 | J | | |
| 20. Wyeth (merged for Pfizer stock and cash) | D | Dividend | | | Sold | 10/16/09 | O | G | |
| 21. Pfizer Inc | | None | | | Spinoff (from line 20) | 10/16/09 | M | | |
| 22. | | | | | Sold | 12/18/09 | M | D | |
| 23. Zimmer Holdings | | None | N | T | | | | | |
| 24. 3M Company | B | Dividend | L | T | Buy | 10/29/09 | L | | |
| 25. Century Properties V LP | D | Rent | K | W | | | | | |
| 26. Century Properties VI LP | | None | | | Sold | 12/29/09 | K | | |
| 27. Century Properties X LP | D | Rent | M | W | | | | | |
| 28. Century Properties XI LP | D | Rent | M | W | | | | | |
| 29. Century Properties XII LP | A | Rent | L | W | | | | | |
| 30. Century Properties XIV LP | B | Rent | L | W | | | | | |
| 31. Century Properties XV LP | A | Rent | M | W | | | | | |
| 32. Century Properties XVI LP | A | Rent | M | W | | | | | |
| 33. Century Properties XVIII LP | A | Rent | L | W | Buy | 1/24/09 | L | | |
| 34. 1990 Fed L Tax Credit Partners | A | Interest | J | W | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g.. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Beckley WV Park Rev 5.5% due 6/15/2010 | B | Interest | | | Sold (part) | 6/15/09 | J | | |
| 36. | | | | | Sold | 11/2/09 | J | | |
| 37. WV St Bldg Comm Lotto 5.25% due 7/1/2010 | C | Interest | L | T | | | | | |
| 38. Raleigh Cnty WV Bldg Comm 3.6% due 12/1/10 | B | Interest | L | T | | | | | |
| 39. Parkersburg WV Waterworks & SW 3.2% due 8/1/09 | B | Interest | | | Matured | 8/3/09 | K | | |
| 40. WV ST RD 4.25% Due 6/1/10 | B | Interest | K | T | | | | | |
| 41. WV Econ Dev 4.15% Due 7/15/11 | B | Interest | K | T | | | | | |
| 42. WV Econ Dev 4.7% Due 11/1/12 | B | Interest | K | T | | | | | |
| 43. WV St Hsg 4.9% due 11/1/14 | C | Interest | L | T | | | | | |
| 44. MFS WV Muni Bond Fund | E | Interest | O | T | Buy (add'l) | 5/8/09 | M | | |
| 45. | | | | | Buy (add'l) | 9/11/09 | M | | |
| 46. | | | | | Buy (add'l) | 10/29/09 | M | | |
| 47. | | | | | Buy (add'l) | 12/18/09 | M | | |
| 48. FHLM 2.75% due 4/28/14 | C | Interest | L | T | Buy | 4/29/09 | L | | |
| 49. FHLM 3% due 4/1/11 | B | Interest | | | Sold | 4/1/09 | L | A | |
| 50. FNMA 3.2% due 4/27/15 | C | Interest | L | T | Buy | 4/29/09 | M | | |
| 51. FNMA 4% due 10/10/12 | C | Interest | | | Sold | 4/13/09 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. FHLB 3.75% due 4/3/13 | C | Interest | | | Sold | 4/3/09 | L | A | |
| 53. American Century Vista | | None | M | T | Buy | 4/29/09 | M | | |
| 54. T Rowe Price New Horizons | A | Dividend | M | T | Buy | 4/29/09 | M | | |
| 55. Prime Fund Capital Reserves "C" | A | Interest | N | T | | | | | |
| 56. Prime Fund Capital Reserves "B" | A | Interest | | | Merged (with line 55) | 4/30/09 | M | | |
| 57. Air Products & Chemicals Inc | D | Dividend | O | T | | | | | |
| 58. Allergan Inc | A | Dividend | M | T | | | | | |
| 59. Ameren Corp | A | Dividend | | | Sold | 4/29/09 | L | | |
| 60. Apple Computer Inc | | None | M | T | Buy (add'l) | 4/29/09 | L | | |
| 61. Automatic Data Processing Inc | B | Dividend | | | Merged (with line 2) | 4/29/09 | M | | |
| 62. CR Bard Inc | B | Dividend | M | T | Buy (add'l) | 10/29/09 | L | | |
| 63. Caterpillar | C | Dividend | M | T | Buy (add'l) | 10/29/09 | L | | |
| 64. Walt Disney Co | B | Dividend | M | T | | | | | |
| 65. Exxon Mobil Corp | A | Dividend | | | Merged (with line 14) | 4/30/09 | M | | |
| 66. General Electric Co | C | Dividend | | | Merged (with line 15) | 4/30/09 | L | | |
| 67. Genzyme Corp | | None | | | Sold | 4/27/09 | L | | |
| 68. Home Depot | D | Dividend | N | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Ishares MSCI EMU Index Fund | B | Dividend | | | Sold | 4/29/09 | K | | |
| 70. Ishares Inc MSCI Pacific EX Japan Index | B | Dividend | | | Sold | 4/29/09 | M | | |
| 71. Ishares Ind MSCI Japan Index Fund | A | Dividend | | | Sold | 4/29/09 | K | | |
| 72. Ishares TR Future Issues China | C | Dividend | N | T | | | | | |
| 73. Ishares-TR MSCI Emerging Market Index Fund | B | Dividend | M | T | | | | | |
| 74. Ishares Tr S&P Latin America 40 | A | Dividend | K | T | | | | | |
| 75. Microsoft | D | Dividend | N | T | | | | | |
| 76. Moody's Corporation | A | Dividend | | | Sold | 4/29/09 | L | D | |
| 77. NYSE Euronext | C | Dividend | L | T | | | | | |
| 78. Paychex Inc | C | Dividend | M | T | | | | | |
| 79. Pepsico | D | Dividend | N | T | | | | | |
| 80. Pet Smart Inc | A | Dividend | | | Sold | 4/29/09 | L | | |
| 81. Pinnacle West Cap CP | C | Dividend | L | T | | | | | |
| 82. Potash Corp Sask Inc | A | Dividend | M | T | | | | | |
| 83. Proctor & Gamble Co. | D | Dividend | M | T | | | | | |
| 84. Roper Industries Inc | C | Dividend | ● | T | | | | | |
| 85. Schlumberger Ltd | C | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Varian Med Sys Inc | | None | N | T | | | | | |
| 87. VISA Inc Com | A | Dividend | | | Sold | 4/29/10 | L | | |
| 88. Walgreen Company | B | Dividend | L | T | | | | | |
| 89. Yum Brands Inc Com | D | Dividend | M | T | | | | | |
| 90. Chase Bank accounts | A | Interest | M | T | | | | | |
| 91. WesBanco Bank Accounts | A | Interest | K | T | | | | | |
| 92. FT Henry Club Stock | | None | J | T | | | | | |
| 93. General Mills | A | Dividend | J | T | | | | | |
| 94. WesBanco | A | Dividend | J | T | | | | | |
| 95. | B | Rent | N | W | | | | | |
| 96. Riverview Assoc. | C | Rent | K | W | | | | | |
| 97. IRA #1 (Security National) | E | Dividend | P1 | T | | | | | |
| 98. Assets of IRA #1 listed as aggregate amount: | | | | | | | | | |
| 99. Federated Prime Obligations Fund | | | | | | | | | |
| 100. Amgen | | | | | | | | | |
| 101. Affiliated Computer | | | | | | | | | |
| 102. Bank of NY Mellon | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Colgate Palmolive | | | | | | | | | |
| 104. IBM | | | | | | | | | |
| 105. Intel Corp | | | | | | | | | |
| 106. Johnson & Johnson | | | | | | | | | |
| 107. BHP Billiton LTD | | | | | | | | | |
| 108. Cisco Systems Inc | | | | | | | | | |
| 109. Computer Sciences | | | | | | | | | |
| 110. Dominion Resources Inc | | | | | | | | | |
| 111. Home Depot Inc | | | | | | | | | |
| 112. Procter & Gamble Company | | | | | | | | | |
| 113. Pepsico Inc | | | | | | | | | |
| 114. Quest Diagnostics | | | | | | | | | |
| 115. General Electric Co. | | | | | | | | | |
| 116. Kimberly Clark Corp | | | | | | | | | |
| 117. Medtronic Inc | | | | | | Sold | 9/16/09 | K | |
| 118. Microsoft | | | | | | | | | |
| 119. Omnicom Group | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Schlumberger Ltd | | | | | | | | | |
| 121. AT&T Inc | | | | | | | | | |
| 122. Exxon Mobil Corp | | | | | | | | | |
| 123. Thermo Fisher | | | | | | | | | |
| 124. EMC Corporation | | | | | | | | | |
| 125. United Technologies | | | | | | | | | |
| 126. Verizon | | | | | Buy | 9/16/09 | K | | |
| 127. Walt Disney Co | | | | | | | | | |
| 128. Trust #2 (Security National) | G | Dividend | P2 | T | | | | | |
| 129. Assets of Trust #2 listed as aggregate amount above | | | | | | | | | |
| 130. Federated Tax Free Obligations | | | | | | | | | |
| 131. BB&T WV Intermediate Tax Free Fund | | | | | Buy | 9/14/09 | M | | |
| 132. Computer Sciences | | | | | | | | | |
| 133. Caterpillar Inc | | | | | Buy | 9/16/09 | L | | |
| 134. CR Bard | | | | | Buy | 9/16/09 | L | | |
| 135. Intel Corp | | | | | | | | | |
| 136. IBM | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Johnson & Johnson | | | | | | | | | |
| 138. Kraft Foods | | | | | | | | | |
| 139. Constellation Brands | | | | | | | | | |
| 140. Devon Energy | | | | | | | | | |
| 141. EMC Corp | | | | | | | | | |
| 142. Emerson Electric | | | | | Sold | 9/16/09 | L | | |
| 143. Western Union | | | | | Sold | 9/16/09 | L | B | |
| 144. The Bank of NY Mellon | | | | | | | | | |
| 145. Procter & Gamble Company | | | | | | | | | |
| 146. Progress Energy | | | | | | | | | |
| 147. Quest Diagnostics | | | | | | | | | |
| 148. Schlumberger LTD | | | | | | | | | |
| 149. Bristol-Myers Squibb Co. | | | | | | | | | |
| 150. Zimmer Holdings | | | | | | | | | |
| 151. 3M | | | | | | | | | |
| 152. Omnicom Group | | | | | | | | | |
| 153. BP PLC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Chevron Corp | | | | | | | | | |
| 155. Cisco Systems | | | | | | | | | |
| 156. Walt Disney Co | | | | | | | | | |
| 157. Weyerhaeuser Company | | | | | | | | | |
| 158. Target | | | | | Buy | 9/16/09 | L | | |
| 159. Thermo Fisher | | | | | | | | | |
| 160. Altria Group Inc | | | | | | | | | |
| 161. Union Pacific Corp | | | | | | | | | |
| 162. United Technologies Corp | | | | | | | | | |
| 163. Verizon Communications | | | | | | | | | |
| 164. Abbott Labs | | | | | | | | | |
| 165. Air Products & Chemicals | | | | | | | | | |
| 166. AT&T | | | | | | | | | |
| 167. BHP Billiton LTD | | | | | | | | | |
| 168. Exxon Mobil Corp | | | | | | | | | |
| 169. General Mills Inc. | | | | | | | | | |
| 170. Grainger WW Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Home Depot | | | | | Buy | 9/16/09 | L | | |
| 172. Microsoft Corp Com | | | | | | | | | |
| 173. Oracle Corp Com | | | | | | | | | |
| 174. Philip Morris Intl Inc | | | | | | | | | |
| 175. MBNA Corp | | | | | Sold | 01/02/09 | J | | |
| 176. CVS | | | | | | | | | |
| 177. Trust #3 | G | Dividend | P1 | T | | | | | |
| 178. Assets of Trust #3 listed as aggregate amount above: | | | | | | | | | |
| 179. 3M | | | | | | | | | |
| 180. Aston FDS Tamro Small Cap Fd Cl I | | | | | Buy | 5/6/09 | K | | |
| 181. Pepsico | | | | | | | | | |
| 182. Philip Morris Int'l Inc | | | | | | | | | |
| 183. Altria Group Inc | | | | | | | | | |
| 184. Intel Corp | | | | | | | | | |
| 185. Eagle MidCap Stock Cl A | | | | | Sold | 5/6/09 | J | | |
| 186. Genuine Parts Co. | | | | | | | | | |
| 187. Chevron Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Manning & Napier World Opportunity Ser Cl A | | | | | | | | | |
| 189. Marathon Oil Corp | | | | | | | | | |
| 190. Wyeth (Merged for Pfizer Stock and Cash) | | | | | Sold | 10/16/09 | N | G | |
| 191. Pfizer Inc | | | | | Spinoff (from line 190) | 10/14/09 | L | | |
| 192. | | | | | Sold | 11/4/09 | L | | |
| 193. Yum Brands | | | | | | | | | |
| 194. Bristol-Myers Squibb | | | | | | | | | |
| 195. Canadian Nat'l Ry Co | | | | | | | | | |
| 196. Occidental Pete Corp | | | | | | | | | |
| 197. Old Mutual Analytic US LG SH Fd | | | | | | | | | |
| 198. Raytheon Corp | | | | | | | | | |
| 199. Wisconsin Energy Corp | | | | | | | | | |
| 200. Wells Fargo & Co | | | | | | | | | |
| 201. Entergy Corp New | | | | | | | | | |
| 202. General Electric Company | | | | | | | | | |
| 203. Hartford Mutual Capital Appreciation Fd I | | | | | Buy | 5/8/09 | L | | |
| 204. International Business Mach Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Ishares Cohen & Steers Rlty | | | | | | | | | |
| 206. Ishares MSCI All CNTRY Asia Ex JP FD | | | | | | | | | |
| 207. Ishares Tr Russell 2000 Index Fd | | | | | Sold | 5/8/09 | K | | |
| 208. Ishares TR Russell Midcap Index Fd | | | | | Sold | 5/8/09 | K | B | |
| 209. Archer Daniels Midland | | | | | Sold (part) | 5/8/09 | K | D | |
| 210. Eagle Ser Mid Cap Stock Fd Class I | | | | | Buy | 5/6/09 | L | | |
| 211. BP PLC | | | | | | | | | |
| 212. Exxon Mobil Corp | | | | | Sold (part) | 5/8/09 | K | E | |
| 213. Johnson & Johnson | | | | | | | | | |
| 214. JPMorgan Depo Sweep Premier | | | | | | | | | |
| 215. JPMorgan Tr I Highhridge Stat Mkt Natural Select | | | | | | | | | |
| 216. JPMorgan Intrepid America Fd | | | | | | | | | |
| 217. JPMorgan International Value Fd | | | | | | | | | |
| 218. JPMorgan Tax Free Money Market Premier Sweep | | | | | | | | | |
| 219. JPMorgan Intermed TaxFree Bond-fmrly WV Muni Bond Fund Select | | | | | Buy (add'l) | 12/16/09 | J | | |
| 220. JPMorgan Muni Income Fund | | | | | Buy | 11/2/09 | M | | |
| 221. JPMorgan High Yield Bond Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. JPMorgan Tr I Tax Aware Real Rtn Fd | | | | | Buy | 11/02/09 | J | | |
| 223. Payden High Income Fund | | | | | Buy | 11/2/09 | M | | |
| 224. Kimberly Clark Corporation | | | | | | | | | |
| 225. Kraft Foods | | | | | | | | | |
| 226. Fidelity Advisor High Inc Adv | | | | | Buy (add'l) | 12/7/09 | J | | |
| 227. General Mills | | | | | | | | | |
| 228. Verizon | | | | | | | | | |
| 229. Hewlett Packard Co | | | | | | | | | |
| 230. Microsoft Corp Com | | | | | | | | | |
| 231. Cisco Systems | | | | | | | | | |
| 232. Coca-Cola | | | | | | | | | |
| 233. Colgate Palmolive Co | | | | | | | | | |
| 234. United Parcel Service Inc Cl B | | | | | Sold | 5/8/09 | K | | |
| 235. Trust #4 (Security National) | D | Dividend | N | T | | | | | |
| 236. Assets of Trust #4 listed as aggregate amount: | | | | | | | | | |
| 237. Federated Government Obligations Fund | | | | | | | | | |
| 238. 3M Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. AT&T | | | | | Buy | 9/16/09 | J | | |
| 240. BP Amoco ADS | | | | | | | | | |
| 241. BHP Billiton LTD | | | | | | | | | |
| 242. Duke Energy | | | | | | | | | |
| 243. Emerson Electric | | | | | | | | | |
| 244. General Electric | | | | | | | | | |
| 245. Abbott Labs | | | | | | | | | |
| 246. Computer Sciences | | | | | | | | | |
| 247. Colgate Palmolive | | | | | | | | | |
| 248. Conocophillips Com | | | | | | | | | |
| 249. IBM | | | | | | | | | |
| 250. Intel Corp | | | | | | | | | |
| 251. Kimberly Clark Corp | | | | | | | | | |
| 252. Pepsico | | | | | | | | | |
| 253. Proctor & Gamble | | | | | | | | | |
| 254. Quest Diagnostics | | | | | Sold (part) | 7/2/09 | J | | |
| 255. Schlumberger | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. United Technologies | | | | | | | | | |
| 257. Verizon Communications | | | | | | | | | |
| 258. Walt Disney Co | | | | | | | | | |
| 259. Medtronic Inc | | | | | Sold | 9/11/09 | J | | |
| 260. Thermo Fisher | | | | | | | | | |
| 261. Microsoft | | | | | | | | | |
| 262. Progress Energy Inc | | | | | | | | | |
| 263. IRA #2 (HBW) | A | Interest | J | T | | | | | |
| 264. Diamonds Trust Ser I | A | Dividend | J | T | | | | | |
| 265. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 266. Powershares QQQ TR Uunit Ser A | A | Dividend | J | T | | | | | |
| 267. S&P Depository Rec | A | Dividend | J | T | | | | | |
| 268. Prime Fund Capital Reserves "B" | A | Interest | M | T | | | | | |
| 269. Prime Fund Capital Reserves "A" | A | Interest | | | Merged (with line 268) | 4/30/09 | L | | |
| 270. Allergan Inc | A | Dividend | L | T | | | | | |
| 271. Ameren Corp | C | Dividend | | | Sold | 4/29/09 | K | | |
| 272. Apple Computer Inc | | None | | | Merged (with line 302) | 4/29/09 | K | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,000 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Caterpillar | C | Dividend | L | T | Buy (add'l) | 10/29/09 | K | | |
| 274. Coach Inc | B | Dividend | M | T | | | | | |
| 275. Coca Cola Inc | A | Dividend | J | T | Buy | 12/22/09 | J | | |
| 276. Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 277. General Electric | C | Dividend | | | Merged (with line 315) | 4/27/09 | L | | |
| 278. Home Depot | C | Dividend | L | T | | | | | |
| 279. Ishares MSCI EMU Index Fund | A | Dividend | | | Sold | 4/29/09 | L | | |
| 280. Ishares Ind MSCI Japan Index | A | Dividend | | | Sold | 4/29/09 | J | | |
| 281. Ishares Tr FTSE Xin Hua China | A | Dividend | L | T | | | | | |
| 282. IShares TR MSCI Emerging Mkt | A | Dividend | K | T | | | | | |
| 283. Ishares Tr S&P Latin Amer 40 | A | Dividend | K | T | | | | | |
| 284. Microsoft Corp. | C | Dividend | M | T | | | | | |
| 285. Moody's Corp | | None | | | Sold | 04/29/09 | K | D | |
| 286. Paychex | A | Dividend | | | Sold | 4/29/09 | K | | |
| 287. Pepsico | D | Dividend | M | T | | | | | |
| 288. Pet Smart Inc | A | Dividend | | | Sold | 4/29/09 | K | | |
| 289. Pinnacle West Capital Corp | B | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
O =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Potash Corp Sask Inc | A | Dividend | L | T | | | | | |
| 291. Varian Med Svc Inc | | None | M | T | | | | | |
| 292. VISA Inc Com | A | Dividend | | | Sold | 4/29/09 | L | | |
| 293. Walgreen Co | A | Dividend | K | T | | | | | |
| 294. Wyeth(merger for Pfizer stock and cash) | A | Dividend | | | Sold | 10/16/09 | K | E | |
| 295. Pfizer Inc. | | | | | Spinoff (from line 294) | 10/16/09 | K | | |
| 296. | | | | | Sold | 12/18/09 | K | A | |
| 297. Yum Brands Inc Com | B | Dividend | L | T | | | | | |
| 298. Zimmer Holdings | | None | K | T | | | | | |
| 299. 3M Company | B | Dividend | L | T | Buy | 10/19/09 | L | | |
| 300. Alcoa | A | Dividend | M | T | Buy | 10/29/09 | K | | |
| 301. | | | | | Buy (add'l) | 12/18/09 | K | | |
| 302. Apple Computer Inc | | None | N | T | | | | | |
| 303. JP Morgan Chase & Co | A | Dividend | L | T | | | | | |
| 304. Bard CR Inc | A | Dividend | L | T | Buy | 10/29/09 | L | | |
| 305. Barnes & Noble Inc | B | Dividend | K | T | | | | | |
| 306. Bristol Myers Squibb | E | Dividend | N | T | | | | | |

1. Income Gain Codes:       A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                  T =Cash Market
   (See Column C2)           U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. Chubb Corp | C | Dividend | L | T | | | | | |
| 308. Colgate Palmolive Co | D | Dividend | O | T | | | | | |
| 309. Conocophillips | C | Dividend | M | T | Buy | 10/29/09 | L | | |
| 310. | | | | | Buy (add'l) | 12/18/09 | L | | |
| 311. EMC Corp | | None | L | T | Buy | 10/29/09 | K | | |
| 312. | | | | | Buy (add'l) | 12/18/09 | L | | |
| 313. Franklin Resources | A | Dividend | | | Sold | 4/29/09 | L | | |
| 314. Genentech | | None | | | Sold | 4/24/09 | L | E | |
| 315. General Electric | C | Dividend | M | T | | | | | |
| 316. Genuine Parts Co | | None | | | Sold | 4/29/09 | L | | |
| 317. Google Inc | | None | M | T | | | | | |
| 318. HBW Inc | | None | N | W | | | | | |
| 319. Occidental Petroleum Corp | C | Dividend | M | T | | | | | |
| 320. Ingersoll Rand Co | A | Dividend | M | T | | | | | |
| 321. Intel Corp | B | Dividend | L | T | Buy | 4/29/09 | L | | |
| 322. Panera Bread Co Cl A | | None | M | T | | | | | |
| 323. Starbucks | | None | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Target Corp | B | Dividend | L | T | Buy (add'l) | 6/3/09 | L | | |
| 325. | | | | | Sold (part) | 4/29/09 | L | | |
| 326. Tiffany & Company | A | Dividend | | | Sold | 4/29/09 | J | | |
| 327. Wesbanco | E | Dividend | O | T | | | | | |
| 328. Whole Foods Market Inc | | None | M | T | | | | | |
| 329. Wyeth (merged for Pfizer stock and cash) | D | Dividend | | | Sold | 10/16/09 | N | G | |
| 330. Pfizer Inc | B | Dividend | | | Spinoff (from line 329) | 10/16/09 | M | | |
| 331. | | | | | Sold | 12/18/09 | M | D | |
| 332. MFS WV Muni Bond Fd | E | Interest | O | T | Buy (add'l) | 5/8/09 | M | | |
| 333. | | | | | Buy (add'l) | 9/11/09 | M | | |
| 334. | | | | | Buy (add'l) | 10/29/09 | M | | |
| 335. | | | | | Buy (add'l) | 12/18/09 | L | | |
| 336. Beckley WV Parking Rev 5.5% due 6/15/2010 | B | Interest | | | Matured (part) | 06/16/09 | J | | |
| 337. | | | | | Sold | 11/2/09 | K | | |
| 338. Monongalia Co. WV 5.95% due 4/1/2013 callable 4/1/2003 | B | Interest | K | T | | | | | |
| 339. WV Infrastruct 1996 Ser B 5.7% due 11/1/2010 | B | Interest | K | T | | | | | |
| 340. Raleigh Cnty 3.6% due 12/1/10 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | |
|---|---|---|
| **Name of Person Reporting** | | **Date of Report** |
| Stamp (Jr.), Frederick P. | | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. WV St Bldg Comm Lotto 5.25% due 7/1/2010 | C | Interest | L | T | | | | | |
| 342. WV ST Rd 4.25% due 6/1/10 | B | Interest | K | T | | | | | |
| 343. WV Econ Dev 4.15% due 11/15/11 | B | Interest | K | T | | | | | |
| 344. WV Econ Dev 4.7% due 11/1/12 | B | Interest | K | T | | | | | |
| 345. WV ST Hsg 4.9% due 11/1/14 | B | Interest | K | T | | | | | |
| 346. Parkersburg WV Waterworks 3.2% due 8/1/09 | B | Interest | | | Matured | 8/3/09 | K | | |
| 347. Parkersburg WV Waterworks 3.9% due 9/1/2012 | B | Interest | L | T | | | | | |
| 348. FHLM 3% due 4/1/11 | B | Interest | | | Sold | 4/1/09 | L | A | |
| 349. FHLM 2.75% due 4/28/14 | B | Interest | L | T | Buy | 4/29/09 | L | | |
| 350. FNMA 4% due 10/10/12 | B | Interest | | | Sold | 4/13/09 | L | A | |
| 351. FNMA 3.2% due 4/27/15 | B | Interest | L | T | Buy | 04/29/09 | M | | |
| 352. FHLB 3.75% due 4/3/13 | C | Interest | | | Sold | 04/03/09 | L | A | |
| 353. American Century Vista | | None | M | T | Buy | 4/29/09 | M | | |
| 354. T Rowe Price New Horizons A | A | Dividend | M | T | Buy | 4/29/09 | M | | |
| 355. Trust #5 | D | Dividend | N | T | | | | | |
| 356. Assets of Trust #5 listed as aggregate amount above: | | | | | | | | | |
| 357. Federated Money Market US Treasury Cash Reserves | | | | | | | | | |

1. Income Gain Codes.         A =$1,000 or less         B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
(See Column C2)               U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. A&T | | | | | | | | | |
| 359. Amgen | | | | | | | | | |
| 360. BP PLC | | | | | | | | | |
| 361. CVS Corp | | | | | | | | | |
| 362. Caterpillar | | | | | | | | | |
| 363. Cisco Systems | | | | | | | | | |
| 364. Conoco Phillips | | | | | | | | | |
| 365. Ensco Int'l | | | | | | | | | |
| 366. General Electric | | | | | | | | | |
| 367. Honeywell | | | | | | | | | |
| 368. Jacobs Engineering | | | | | | | | | |
| 369. Kinder Morgan Energy | | | | | | | | | |
| 370. Kohls | | | | | | | | | |
| 371. McDonalds | | | | | | | | | |
| 372. Medtronic Inc | | | | | | Sold | 6/3/09 | J | | |
| 373. Microsoft | | | | | | | | | |
| 374. Oracle Systems | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      O =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Proctor & Gamble | | | | | | | | | |
| 376. Teva Pharmaceutical | | | | | Buy | 6/3/09 | J | | |
| 377. Toronto Dominion Bank | | | | | Buy | 6/3/09 | J | | |
| 378. Wells Fargo | | | | | | | | | |
| 379. WesMark Bond Fund #556 | | | | | | | | | |
| 380. Trust #6 | F | Dividend | P1 | T | | | | | |
| 381. Assets Of Trust #6 listed as aggregate above: | | | | | | | | | |
| 382. Federated Money Market US Treasury Reserves | | | | | | | | | |
| 383. AT&T | | | | | Buy (add'l) | 06/03/09 | K | | |
| 384. Amgen | | | | | | | | | |
| 385. Apache | | | | | | | | | |
| 386. Apple Computer | | | | | | | | | |
| 387. BP PLC | | | | | | | | | |
| 388. Bristol Myers Squibb | | | | | | | | | |
| 389. CVS | | | | | Buy | 6/3/09 | K | | |
| 390. Caterpillar | | | | | | | | | |
| 391. Cisco Systems | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,500
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. Coca Cola Co | | | | | | | | | |
| 393. Conoco Phillips | | | | | | | | | |
| 394. Devon Energy | | | | | | | | | |
| 395. Ensco Int'l Inc | | | | | | | | | |
| 396. Emerson Int'l | | | | | | | | | |
| 397. FPL Group | | | | | Buy | 6/3/09 | K | | |
| 398. Federated Total Return Bond Fund | | | | | | | | | |
| 399. Fluor Corp | | | | | Buy (add'l) | 06/03/09 | K | | |
| 400. General Electric | | | | | | | | | |
| 401. General Mills | | | | | | | | | |
| 402. Hewlwtt Packard | | | | | Buy (add'l) | 6/3/09 | K | | |
| 403. IBM | | | | | | | | | |
| 404. JP Morgan Chase & Co | | | | | | | | | |
| 405. Jacobs Engineering | | | | | | | | | |
| 406. Proctor & Gamble | | | | | | | | | |
| 407. Kinder Morgan Energy | | | | | | | | | |
| 408. Kohls | | | | | Buy (add'l) | 6/3/09 | J | | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. McDonalds | | | | | | | | | |
| 410. Medtronic Inc | | | | | Sold | 6/3/09 | J | | |
| 411. Nucor Corp | | | | | Buy | 6/3/09 | K | | |
| 412. Vanguard Emerging VIP | | | | | | | | | |
| 413. WesMark Bond Fund #556 | | | | | | | | | |
| 414. Wyeth (Merged for Pfizer stock and cash) | | | | | Sold | 10/15/09 | N | G | |
| 415. Pfizer Inc | | | | | Spinoff (from line 414) | 10/15/09 | M | | |
| 416. XTO Energy | | | | | | | | | |
| 417. Ingersol Rand | | | | | | | | | |
| 418. Weatherford Intl | | | | | | | | | |
| 419. Trust #7 | G | Dividend | P2 | T | | | | | |
| 420. Assets of Trust #7 listed as aggregate amount above: | | | | | | | | | |
| 421. Wesmark WV Muni Bd Fnd #548 | | | | | Buy (add'l) | 1/6/09 | N | | |
| 422. | | | | | Buy (add'l) | 9/22/09 | L | | |
| 423. | | | | | Buy (add'l) | 11/05/09 | M | | |
| 424. | | | | | Sold (part) | 5/13/09 | K | | |
| 425. Wesmark Small Co Growth Fd #391 | | | | | Sold (part) | 12/08/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. AT&T | | | | | | | | | |
| 427. Apple Computer | | | | | | | | | |
| 428. Archer Daniels Midland | | | | | Sold | 12/8/09 | L | | |
| 429. Artisan International Fd #661 | | | | | Buy | 1/7/09 | L | | |
| 430. BP PLC | | | | | | | | | |
| 431. Bristol-Myers Squibb Co. | | | | | | | | | |
| 432. Burlington Northern Santa Fe Corp | | | | | Buy | 4/17/09 | K | | |
| 433. Celgene | | | | | | | | | |
| 434. Conoco Phillips | | | | | | | | | |
| 435. Chevron Corp | | | | | Sold (part) | 4/17/09 | L | F | |
| 436. Chicago Bridge & Iron Co | | | | | | | | | |
| 437. Cisco Systems | | | | | | | | | |
| 438. Corning | | | | | | | | | |
| 439. Costco | | | | | | | | | |
| 440. Deere & Co | | | | | | | | | |
| 441. EMC Corp | | | | | | | | | |
| 442. EOG Resources | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (O-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Express Scripts | | | | | Buy | 04/17/09 | K | | |
| 444. Federated Intercontinental Fund #176 | | | | | Buy | 01/07/09 | L | | |
| 445. General Electric Co. | | | | | | | | | |
| 446. Harris Corp | | | | | Sold | 4/17/09 | K | | |
| 447. Harbor Int'l Fund | | | | | Sold | 1/28/09 | J | | |
| 448. 3M | | | | | | | | | |
| 449. IBM | | | | | | | | | |
| 450. JP Morgan Chase | | | | | Buy | 5/8/09 | L | | |
| 451. McDonalds | | | | | | | | | |
| 452. Microsoft Corp | | | | | | | | | |
| 453. Nasdaq OMQ | | | | | Buy | 4/17/09 | K | | |
| 454. Nucor Corp | | | | | Buy | 4/17/09 | K | | |
| 455. Nucor Corp | | | | | Buy (add'l) | 12/8/09 | K | | |
| 456. Oracle Systems | | | | | | | | | |
| 457. Parker-Hannifin | | | | | | | | | |
| 458. Pepsico Inc | | | | | | | | | |
| 459. Pfizer Inc | | | | | Spinoff (from line 466) | 10/15/09 | L | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. Proctor & Gamble Co | | | | | | | | | |
| 461. Teva Pharmaceutical | | | | | Buy | 12/8/09 | L | | |
| 462. Texas Instruments Inc | | | | | | | | | |
| 463. Textron Inc | | | | | Sold | 6/4/09 | K | | |
| 464. United Technologies | | | | | | | | | |
| 465. WesBanco, Inc. | | | | | | | | | |
| 466. Wyeth (merged for Pfizer stock and cash) | | | | | Sold | 10/15/09 | M | G | |
| 467. Zimmer Holdings Inc | | | | | | | | | |
| 468. Cooper Industries LTD | | | | | Sold | 12/8/09 | L | | |
| 469. Trust #8 | F | Dividend | P1 | T | | | | | |
| 470. Assets of Trust #8 listed as aggregate amount above: | | | | | | | | | |
| 471. AT&T | | | | | Buy | 12/8/09 | K | | |
| 472. Apple Computer | | | | | | | | | |
| 473. Archer Daniels Midland | | | | | Sold | 12/8/09 | K | | |
| 474. Artisan International Fd | | | | | Buy | 1/7/09 | L | | |
| 475. Burlinton Northern Santa Fe | | | | | Buy | 4/17/09 | K | | |
| 476. Celgene | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | O =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. Chevron Corp | | | | | | | | | |
| 478. Chicago Bridges & Iron Co | | | | | | | | | |
| 479. Cisco Systems | | | | | | | | | |
| 480. Conoco Phillips | | | | | | | | | |
| 481. Costco Wholesale Corp | | | | | | | | | |
| 482. Corning | | | | | | | | | |
| 483. Deere & Co | | | | | | | | | |
| 484. Exxon Mobil Corp | | | | | Sold (part) | 4/17/09 | L | F | |
| 485. Federated Intercontinental #176 | | | | | Buy | 1/7/09 | L | | |
| 486. General Electric Co common | | | | | | | | | |
| 487. Harbor Int'l Fund | | | | | Sold | 1/28/09 | J | | |
| 488. Hewlett Packard | | | | | | | | | |
| 489. JP Morgan Chase | | | | | Buy | 5/8/09 | K | | |
| 490. McDonalds | | | | | | | | | |
| 491. Microsoft, Corp | | | | | | | | | |
| 492. Nasdaq OMX Group | | | | | Buy | 4/17/09 | K | | |
| 493. Nucor Corp | | | | | Buy | 12/08/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. 3M | | | | | | | | | |
| 495. Pepsico Inc common | | | | | | | | | |
| 496. Pfizer Inc | | | | | Spinoff (from line 509) | 10/14/09 | K | | |
| 497. Proctor & Gamble | | | | | | | | | |
| 498. Texas Instruments | | | | | | | | | |
| 499. Teva Pharmaceutical | | | | | Buy | 4/17/09 | K | | |
| 500. Textron Inc | | | | | Sold | 6/4/09 | K | | |
| 501. United Technologies Corp | | | | | | | | | |
| 502. Wesbanco | | | | | | | | | |
| 503. Wesmark WV Muni Bond Fund #548 | | | | | Buy (add'l) | 1/16/09 | M | | |
| 504. Wesmark WV Muni Bond Fund #548 | | | | | Buy (add'l) | 9/22/09 | L | | |
| 505. Wesmark WV Muni Bond Fund #548 | | | | | Buy (add'l) | 11/5/09 | L | | |
| 506. WesMark Small Co Growth Fund | | | | | Sold (part) | 5/13/09 | K | | |
| 507. WesMark Small Co Growth Fund | | | | | Sold (part) | 12/8/09 | K | | |
| 508. EMC Corp | | | | | | | | | |
| 509. Wyeth (Merged for Pfizer stock and cash) | | | | | Sold | 10/15/09 | L | F | |
| 510. Trust #9 | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Assets of Trust #9 listed as aggregate amount above: | | | | | | | | | |
| 512. Air Products & Chemicals | | | | | | | | | |
| 513. Apache | | | | | | | | | |
| 514. Apple Computer | | | | | | | | | |
| 515. Archer Daniels Midland | | | | | Sold | 12/8/09 | K | | |
| 516. Artisan International Fund #661 | | | | | Buy | 1/7/09 | K | | |
| 517. BP PLC | | | | | Sold | 4/17/09 | K | | |
| 518. Burlington Northern Sante Fe | | | | | Buy | 4/17/09 | K | | |
| 519. Celgene | | | | | | | | | |
| 520. Chicago Bridge & Iron Co | | | | | | | | | |
| 521. Cisco Systems | | | | | Sold (part) | 4/17/09 | K | E | |
| 522. Corning | | | | | | | | | |
| 523. Costco Wholesale Corp | | | | | | | | | |
| 524. Deere & Co | | | | | | | | | |
| 525. Emerson Electric | | | | | | | | | |
| 526. Ensco Int'l | | | | | | | | | |
| 527. Federated Intercontinental Fund #176 | | | | | Buy | 1/7/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. Haliburton | | | | | | | | | |
| 529. Harbor Int'l Fund | | | | | Sold | 1/28/09 | J | | |
| 530. JP Morgan Chase | | | | | Buy | 5/8/09 | J | | |
| 531. McDonalds | | | | | | | | | |
| 532. Medco Health Solutions | | | | | Buy | 4/17/09 | J | | |
| 533. Nucor Corp | | | | | Buy | 4/17/09 | K | | |
| 534. 3M | | | | | | | | | |
| 535. Pepsico | | | | | | | | | |
| 536. Teva Pharmaceutical | | | | | Buy | 4/17/09 | J | | |
| 537. Texas Instruments | | | | | | | | | |
| 538. Textron, Inc | | | | | Sold | 6/4/09 | J | | |
| 539. United Technologies | | | | | | | | | |
| 540. WesMark WV Muni #548 | | | | | Buy (add'l) | 9/22/09 | J | | |
| 541. WesMark Small Co Growth Fund | | | | | | | | | |
| 542. WesBanco | | | | | | | | | |
| 543. EMC Corp | | | | | | | | | |
| 544. EOG Resources | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (O-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. Transocean Inc | | | | | | | | | |
| 546. Trust #10 (Security National) | E | Dividend | P1 | T | | | | | |
| 547. Assets of Trust #10 listed as aggregate above | | | | | | | | | |
| 548. AT&T | | | | | | | | | |
| 549. Abbott Labs | | | | | | | | | |
| 550. Affiliated Computer | | | | | | | | | |
| 551. Air Prods & Chems Inc | | | | | | | | | |
| 552. Amgen | | | | | | | | | |
| 553. Bank of NY Mellon | | | | | | | | | |
| 554. Boeing | | | | | | | | | |
| 555. CVS Corp | | | | | | | | | |
| 556. Caterpillar Inc | | | | | Buy | 9/16/09 | K | | |
| 557. Colgate Palmolive | | | | | | | | | |
| 558. Computer Sciences | | | | | | | | | |
| 559. Devon Energy | | | | | | | | | |
| 560. Dominion Resources | | | | | | | | | |
| 561. Dow Chemical | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. Duke Energy Corp | | | | | | | | | |
| 563. EMC Corp | | | | | | | | | |
| 564. Emerson Electric Co Com | | | | | Sold | 9/11/09 | K | | |
| 565. Exxon Mobil | | | | | | | | | |
| 566. General Electric | | | | | | | | | |
| 567. Intel | | | | | | | | | |
| 568. IBM | | | | | | | | | |
| 569. Johnson & Johnson | | | | | | | | | |
| 570. Kimberly Clark | | | | | | | | | |
| 571. Federated Prime Obligations | | | | | | | | | |
| 572. Omnicom Gr | | | | | | | | | |
| 573. Oracle | | | | | | | | | |
| 574. Pepsico Inc | | | | | | | | | |
| 575. Proctor & Gamble | | | | | | | | | |
| 576. Progress Energy | | | | | | | | | |
| 577. PNC Financial Svcs Group | | | | | | | | | |
| 578. Quest Diagnostics | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Thermo Fisher Scientific Inc | | | | | | | | | |
| 580. United Technologies | | | | | | | | | |
| 581. Verizon Communications | | | | | | | | | |
| 582. Zimmer Holdings | | | | | | | | | |
| 583. Trust #11 (Security Nat'l) | E | Int./Div. | P1 | T | | | | | |
| 584. Assets of Trust #11 listed as aggregate above | | | | | | | | | |
| 585. Federal Prime - Obligations | | | | | | | | | |
| 586. FHLB 4.625% due 8/15/12 | | | | | | | | | |
| 587. FHLB 3.375% due 2/27/13 | | | | | | | | | |
| 588. FHLB 4.5% due 3/26/15 | | | | | | | | | |
| 589. FHLB 4.75% due 11/14/14 | | | | | | | | | |
| 590. FHLB 3% due 10/6/14 | | | | | Buy | 10/06/09 | K | | |
| 591. FNMA 4.5% due 2/15/11 | | | | | | | | | |
| 592. Tennessee Valley 4.7% due 7/15/08 | | | | | Sold | 9/25/09 | K | | |
| 593. United Parcel Svc 4% due 7/15/13 | | | | | | | | | |
| 594. Caterpillar Finl Note 4.25% due 2/15/13 | | | | | | | | | |
| 595. AT&T | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. Abbott Labs | | | | | | | | | |
| 597. Affiliated Computer | | | | | | | | | |
| 598. Air Prods & Chems Inc | | | | | | | | | |
| 599. Amgen Inc | | | | | | | | | |
| 600. Bank of NY Mellon | | | | | | | | | |
| 601. Best Buy | | | | | | | | | |
| 602. BHP Billiton LTD | | | | | | | | | |
| 603. Boeing Co | | | | | | | | | |
| 604. BP PLC | | | | | | | | | |
| 605. CVS | | | | | | | | | |
| 606. Caterpillar Inc | | | | | Buy | 9/16/09 | K | | |
| 607. ChevronTexaco Corp | | | | | | | | | |
| 608. Cisco | | | | | | | | | |
| 609. Colgate Palmolive | | | | | | | | | |
| 610. Constellation | | | | | | | | | |
| 611. Conocophillips | | | | | | | | | |
| 612. Duke Energy | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. EMC Corp Mass | | | | | Buy | 9/16/09 | K | | |
| 614. Thermo Fisher | | | | | Buy | 9/16/09 | J | | |
| 615. Emerson Electric | | | | | Sold | 9/11/09 | J | | |
| 616. General Electric Co | | | | | | | | | |
| 617. Home Depot | | | | | Buy | 9/16/09 | K | | |
| 618. IBM | | | | | | | | | |
| 619. Intel Corp | | | | | | | | | |
| 620. Johnson & Johnson | | | | | | | | | |
| 621. Microsoft | | | | | | | | | |
| 622. Omnicom Group | | | | | | | | | |
| 623. Pepsico Inc | | | | | | | | | |
| 624. Proctor & Gamble | | | | | | | | | |
| 625. Progress Energy | | | | | | | | | |
| 626. Quest Diagnostics | | | | | | | | | |
| 627. Schlumberger Ltd | | | | | | | | | |
| 628. Target | | | | | Buy | 9/16/09 | K | | |
| 629. 3M Com | | | | | Buy (add'l) | 9/16/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  United Technologies | | | | | | | | | |
| 631.  Verizon Communications | | | | | | | | | |
| 632.  Zimmer Holdings | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp (Jr.), Frederick P. | 05/14/2010 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544